ISAAC SELIGMAN, respondent,

*v.*

VICTOR TALKING MACHINE COMPANY, appellant.

[Argued March 26th, 1907.   Decided June 17th, 1907.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Garrison, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 697.*

Mr. *Norman Grey* and Mr. *Horace Pettit,* for the appellant.

Messrs. *French & Richards,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Garrison in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.